**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Johnnie ROBINSON, a.k.a. Blue
Boy, Defendant–Appellant.**

No. 07–14861
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 3, 2008.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Nancy J. Hess, United States Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and HULL, Circuit Judges.

designation.

PER CURIAM:

Chet Kaufman, counsel for Johnnie Robinson, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Robinson's sentence imposed upon revocation of supervised release is **AFFIRMED**.